IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: | Cossiboin, Kirk | Case Number: 07 B 04723 |
|---|---|---|
| | Cossiboin, Margie | Judge: Squires, John H |
| | Printed: 11/20/07 | Filed: 3/16/07 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Dismissed: October 3, 2007
Confirmed: None

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 1,533.00 |  |
| Secured: |  | 0.00 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 1,450.21 |
| Trustee Fee: |  | 82.79 |
| Other Funds: |  | 0.00 |
| Totals: | 1,533.00 | 1,533.00 |

## DISBURSEMENT DETAIL

|  | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Robert J Semrad & Associates | Administrative | 2,554.00 | 1,450.21 |
| 2. | Bank Of America | Secured | 0.00 | 0.00 |
| 3. | ECast Settlement Corp | Unsecured | 1,213.36 | 0.00 |
| 4. | National Capital Management | Unsecured | 804.93 | 0.00 |
| 5. | Target National Bank | Unsecured | 590.11 | 0.00 |
| 6. | Resurgent Capital Services | Unsecured | 49.55 | 0.00 |
| 7. | B-Real LLC | Unsecured | 120.63 | 0.00 |
| 8. | Jefferson Capital | Unsecured | 916.36 | 0.00 |
| 9. | ECast Settlement Corp | Unsecured | 15.17 | 0.00 |
| 10. | ECast Settlement Corp | Unsecured | 2,015.45 | 0.00 |
| 11. | ECast Settlement Corp | Unsecured | 461.89 | 0.00 |
| 12. | Hamilton Court Condo Association | Unsecured | 326.34 | 0.00 |
| 13. | Nicor Gas | Unsecured | 118.74 | 0.00 |
| 14. | Midwest Verizon Wireless | Unsecured | 98.42 | 0.00 |
| 15. | Portfolio Recovery Associates | Unsecured | 78.90 | 0.00 |
| 16. | Countrywide Home Loans Inc. | Secured |  | No Claim Filed |
| 17. | Countrywide Home Loans Inc. | Secured |  | No Claim Filed |
| 18. | Chase Manhattan Mortgage Corp | Secured |  | No Claim Filed |
| 19. | AFNI | Unsecured |  | No Claim Filed |
| 20. | Hsbc Nv | Unsecured |  | No Claim Filed |
| 21. | CB USA Sears | Unsecured |  | No Claim Filed |
| 22. | Hunter Warfield | Unsecured |  | No Claim Filed |
| 23. | Illinois Collection Service | Unsecured |  | No Claim Filed |
| 24. | Illinois Collection Service | Unsecured |  | No Claim Filed |
| 25. | Illinois Collection Service | Unsecured |  | No Claim Filed |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: | Cossiboin, Kirk | Case Number: 07 B 04723 |
| | Cossiboin, Margie | Judge: Squires, John H |
| | Printed: 11/20/07 | Filed: 3/16/07 |

| | | | | |
|---|---|---|---|---|
| 26. | Nationwide Credit & Collection | Unsecured | | No Claim Filed |
| 27. | Nicor Gas | Unsecured | | No Claim Filed |
| 28. | Nicor Gas | Unsecured | | No Claim Filed |
| 29. | Illinois Collection Service | Unsecured | | No Claim Filed |

$ 9,363.85          $ 1,450.21

### TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 5.4% | 82.79 |

$ 82.79

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

_Denise Ashley_